**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Food Tres Miami, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Negroni Miami, Negroni Bistro & Sushi Bar** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2470093** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3201 N. Miami Avenue, Ste 116**<br>**Miami, FL 33127**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Food Tres Miami, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **Food Tres Miami, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Food Tres Miami, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026
MM / DD / YYYY

***X*** /s/Guillermo D'Aguanno
Signature of authorized representative of debtor

**Guillermo D'Aguanno**
Printed name

Title **Manager**

**18. Signature of attorney**

***X*** /s/Nicole Grimal Helmstetter
Signature of attorney for debtor

Date August 13, 2026
MM / DD / YYYY

**Nicole Grimal Helmstetter 86937**
Printed name

**Jones Walker LLP**
Firm name

**201 South Biscayne Blvd.**
**Citi Center, Suite 3000**
**Miami, FL 33131-4341**
Number, Street, City, State & ZIP Code

Contact phone **305-679-5784** Email address **nhelmstetter@joneswalker.com**

**86937 FL**
Bar number and State

Debtor **Food Tres Miami, LLC** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Negroni Brickell LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District (Miami)** | When | **7/01/26** | Case number, if known | **26-18741-RAM** |
| Debtor | **Negroni Doral LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District (Miami)** | When | **7/01/26** | Case number, if known | **26-18745-RAM** |

**RESOLUTION OF THE MANAGERS AND MEMBERS OF FOOD TRES MIAMI, LLC**

The undersigned, constituting the Managers and Members constituting the holders of at least the percentage interest required to approve the matters set forth below pursuant to the Limited Liability Company Operating Agreement (the "Operating Agreement") and the First Amendment to Operating Agreement (the "First Amendment to the Operating Agreement") of FOOD TRES MIAMI, LLC, a Florida limited liability company (the "Company"), do hereby consent to the corporate actions specified below and adopt, approve and ratify the following resolutions, recitals and actions effective as of August 12, 2026.

**RECITALS**

**WHEREAS**, Section 4.3 of the Operating Agreement authorizes approval of this action upon the affirmative vote of the Managers of the Company;

**WHEREAS**, Section 3 of the First Amendment to the Operating Agreement authorizes approval of this action upon the affirmative vote of Members holding not less than 60% of the Membership Interests in the Company;

**WHEREAS**, the Managers and the Members have reviewed the Company's financial condition, liabilities, assets, operations, and prospects and the Managers and Members are fully informed and advised regarding the financial liabilities and liquidity of the Company ;

**WHEREAS**, the Managers and the Members have determined that it is advisable, fair, and in the best interests of the Company, its creditors, and other parties in interest to file a Petitions seeking relief under the provisions of Chapter 11 Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT AND IT IS HEREBY**

**RESOLVED**, that the Company is authorized to commence a voluntary case under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court")

**RESOLVED**, the Company appoints Guillermo D'Aguanno as the Authorized Representative ("Authorized Representative") of the Company;

**RESOLVED**, the Company authorizes the Authorized Representative to have all powers of a Manager as defined in the Operating Agreement, the First Amendment to the

Operating Agreement and under applicable law, to act on behalf of the Company in and related to the bankruptcy case, including to prepare, execute and/or verify and to cause to be filed, any and all documents required by, necessary or appropriate to, the filing and administration of the Chapter 11 Case, including but not limited to the petition, as well as all other ancillary documents (including but not limited to, petitions, schedules, statements, lists, motions, applications, credit agreement(s) and other documents, objections, responses, affidavits, declarations, complaints, pleadings, disclosure statements, plans of reorganization or liquidation and other papers or documents), including but not limited to, any amendments, modifications or supplements thereto (collectively, the "Chapter 11 Documents");

**RESOLVED**, the Authorized Representative is authorized and directed to (i) execute and verify the Petition as well as any other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and to (ii) perform any and all such acts as are reasonable, advisable, expedient convenient, proper and necessary to effect any of the foregoing; and (iii) to take all day to day actions necessary to advance the Company's bankruptcy case. The Authorized Representative shall be authorized to take the following actions after consultation with the Managers of the Company: (a) a sale of the Company's assets; (b) post-petition borrowing of funds by the Company, or (c) the filing of a Plan of Reorganization or Plan of Liquidation and seek confirmation of such Plan in the Bankruptcy Court, with such amendments as may be required,

**RESOLVED**, that the Authorized Representative is authorized to retain the law firm of Jones Walker LLP under a general retainer as bankruptcy counsel for the Company in the Chapter 11 case and is authorized and directed to negotiate and execute appropriate retention agreement and cause to be filed with the Bankruptcy Court and appropriate application for authority to retain the services of Jones and Walker;

**RESOLVED**, that the Authorized Representative is authorized and directed to take any and all actions and execute any and all agreements, certifications, affidavits, motions, applications, financing documents, cash collateral agreements, and other instruments as may be necessary, proper, or advisable in connection with the prosecution and administration of the Chapter 11 case;

**RESOLVED**, that these resolutions shall be effective immediately upon execution by the Managers and the Members holding the requisite voting interests required under the Operating Agreement and the First Amendment to the Operating Agreement.

**VOTE OF MEMBERS**

The following Members voted in favor of the foregoing resolutions:

| Member Name | Ownership Percentage | Vote |
|---|---|---|
| NG & VAG, LLC | 33% | FOR |
| TIGRE MIAMI, LLC | 25% | FOR |
| CARLOS D'AGUANNO | 10% | FOR |
| MOHUA TRADE SERVICE, INC. | 5% | FOR |
| COMERCIAL ANCHOVERA, CORP. | 5% | FOR |
| LORENA VAZQUEZ | 5% | FOR |
| OPERA BAY, LLC | 10% | FOR |
| GLOBALBOX ECOMMERCE, LLC | 7% | FOR |

Total Percentage Voting for 100%

The undersigned certify that the foregoing resolutions were approved by the Managers and the Members holding 100% of the Membership Interests, which exceeds the approval threshold required by the Operating Agreement and the First Amendment to the Operating Agreement.

**RESOLVED**, that all actions previously taken by any manager, member, officer, employee, or professional advisor of the Company in preparation for, or contemplation of, the filing of the Chapter 11 case are hereby ratified, approved, and confirmed in all respects.

This resolution may be executed in one or more counterparts (including by means of facsimile), each of which shall be deemed an original but all of which together will constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned has executed, consented to, approved, ratified and confirmed these resolutions.

[Left blank intentionally.]

**MANAGERS:**

___________________________

Guillermo D'Aguanno

___________________________

Fabio Napoli

**MEMBERS:**

NG & VAG, LLC

By: ___________________________

Name: Guillermo D'Aguanno

Title: Manager

TIGRE MIAMI, LLC

By: ___________________________

Name: Fabio Napoli

Title: Manager

MOHUA TRADE SERVICE, INC.

By: ___________________________

Name: Carlos Viviani

Title: President

COMERCIAL ANCHOVERA, CORP.

By: ___________________________ Comercial Anchovera CORP

Name: Jorge Giovannelli

Title: Partner

OPERA BAY, LLC

By: ___________________________

Name: Sebastian Pina

Title: Sebastián Pina

GLOBALBOX ECOMMERCE, LLC

By: Pablo melillo

Name: Pablo Melillo

Title: ______________________

Lorena Vázquez

______________________

Lorena Vazquez

______________________

Carlos D'Aguanno Carlos D'Aguanno

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Food Tres Miami, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Barbaritas Liquor LLC 4105 East 4th Avenue Hialeah, FL 33013 | | Liquor Supplier | | | | $6,195.06 |
| Chef Global LLC 22-62 43rd Street Astoria, NY 11105 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $210,000.00 |
| Chef Global LLC 22-62 43rd Street Astoria, NY 11105 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $200,000.00 |
| DDR Miami Avenue LLC 3300 Enterprise Parkway Beachwood, OH 44122 | | Rent | | | | $27,235.64 |
| E Advance Services LLC 370 Lexington Avenue, Suite 801 New York, NY 10017 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $936,945.00 |
| E Advance Services LLC 370 Lexington Avenue, Suite 801 New York, NY 10017 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $851,400.00 |
| E Advance Services LLC 370 Lexington Avenue, Suite 801 New York, NY 10017 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $664,500.00 |
| Florida Department of Revenue 5050 W. Tennessee Street Tallahassee, FL 32399 | | Sales Tax | | | | $145,637.52 |

Debtor **Food Tres Miami, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Power & Light<br>9250 West Flaglre Street<br>Miami, FL 33130** | | **Utilities** | | | | **$3,759.89** |
| **InKind Cards Inc.<br>800 Brazos Street, Suite 220<br>Austin, TX 78701** | | **Trade Debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$1,727,314.15** |
| **Insta Funding LLC<br>6 Landmark Square, 4th Floor<br>Stamford, CT 06901** | | **Merchant Cash Advance** | **Contingent<br>Unliquidated<br>Disputed** | | | **$749,500.00** |
| **Miami-Dade Co. Dept. of Regulatory & Ec** | | **Resort Taxes** | | | | **$32,432.40** |
| **NL Business Corp<br>5701 Collins Avenue, Apt 1411<br>Miami Beach, FL 33140** | | **Business Loan** | | | | **$100,000.00** |
| **Patagonian Sea Food LLC<br>4595 NW 37th CT<br>Miami, FL 33142** | | **Food Supplier** | | | | **$11,450.88** |
| **RGB Spirits and Wines of Florida<br>2606 N. Elston Ave<br>Chicago, IL 60647** | | **Liquor Supplier** | | | | **$5,199.50** |
| **Sabatino North America LLC<br>135 Front Avenue<br>West Haven, CT 06516** | | **Food Supplier** | | | | **$3,950.00** |
| **Southern Glazers of FL LLC<br>P.O. Box 947921<br>Atlanta, GA 30394** | | **Liquor Supplier** | | | | **$11,238.00** |
| **Sysco South Florida Inc.<br>12500 Sysco Way<br>Miami, FL 33178** | | **Food Supplier** | | | | **$20,124.45** |
| **Toast Capital LLC on behalf of WebBank<br>333 Summer Street<br>Boston, MA 02210** | | **Trade Debt** | | | | **$45,785.67** |

Debtor **Food Tres Miami, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vincenzo Melillo & Carolina Rosa Melillo 817 Stanberry Drive Brandon, FL 33511** | | **Business Loan** | | | | **$250,000.00** |

**United States Bankruptcy Court**
**Southern District of Florida**

In re **Food Tres Miami, LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 13, 2026

/s/Guillermo D'Aguanno
**Guillermo D'Aguanno**/**Manager**
Signer/Title