**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*

FOOD TRES MIAMI, LLC,
d/b/a NEGRONI MIAMI

Debtor. /

Chapter 11

Subchapter V

Case No. 26-20750

**DECLARATION OF GUILLERMO D'AGUANNO PURSUANT TO 11 U.S.C. § 1116(1)**

I, Guillermo D'Aguanno, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and section 1116 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), that the following statements are true and correct:

1. My name is Guillermo D'Aguanno and I am a manager of FOOD TRES MIAMI, LLC, d/b/a NEGRONI MIAMI ("Negroni Miami" or the "Debtor"). I am familiar with the matters set forth herein and make this declaration (the "Declaration") in connection with the Debtor's bankruptcy petition, which is being filed contemporaneously herewith.

2. Due to the exigent circumstances surrounding the Debtor's emergency chapter 11 filing, the Debtor has not been able to finalize a balance sheet, statement of operations, cash-flow statement, or 2025 federal tax return.

[*Remainder of Page Intentionally Left Blank*]

3. The Debtor is actively working to finalize and review this information and will supplement its filings with such information as soon as practicable.

**FURTHER AFFIANT SAYETH NAUGHT.**

FOOD TRES MIAMI, LLC, d/b/a NEGRONI BISTRO & SUSHI BAR

By: Guillermo D'Aguanno
Title: Manager

**SWORN TO AND SUBSCRIBED** before me by means of physical presence, this 13th day of August 2026, by Guillermo D'Aguanno, who is personally known to me.

NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: CARMEN ALVAREZ
Commission No.:
My Commission Expires:

CARMEN ALVAREZ
Commission # HH 399729
Expires September 15, 2027

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using the Court's CM/ECF system on August 13, 2026, thereby serving all registered ECF users enlisted to receive service electronically in this case.

Dated: August 13, 2026

**JONES WALKER LLP**

By: /s/ *Nicole Grimal Helmstetter*
Nicole Grimal Helmstetter
Florida Bar No: 86937
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, Florida 33131-4341
Tel: (305) 679-5784
Fax: (305) 679-5823
nhelmstetter@joneswalker.com

*Proposed Counsel for Debtor and Debtor in Possession*