**CGFD10** (6/1/2026)

**ORDERED in the Southern District of Florida on August 17, 2026**

**Robert A Mark**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−20750−RAM**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Food Tres Miami, LLC
dba Negroni Miami, dba Negroni Bistro & Sushi Bar
3201 N. Miami Avenue, Ste 116
Miami, FL 33127

EIN: 83−2470093

## ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The debtor in this case has elected to have Subchapter V of Chapter 11 of Title 11 of the United States Code apply. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status conference.** The Honorable Robert A Mark will hold the status conference required by 11 U.S.C. §1188 on **October 1, 2026**, at **11:30 AM** through **Video Conference by Zoom for Government**. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. **To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or enter the following registration link in a browser:

   **https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ**

   The debtor, counsel for the debtor, and the subchapter V trustee must appear at the status conference.

2. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **October 22, 2026**.

3. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the debtor files a plan.

4. **Service.** The debtor is directed to serve a copy of this Order on the subchapter V trustee, the United States trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 9036−2.

*# # #*